# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CARLTON R. COCKRELL,            ) | |
|                                 ) | |
|     Petitioner,         ) | |
|                                 ) | |
| v.                              ) | Civil Action Number: |
|                                 ) | 2:13-cv-02035-AKK-JEO |
| GARY HETZEL,                    ) | |
|                                 ) | |
|     Respondent.         ) | |

## MEMORANDUM OPINION

This case is before the court on the magistrate judge's Report and Recommendation. Doc. 6. While objections to the Report and Recommendation were due by May 30, 2014, none have been filed.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, doc. 6, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

The court further finds that Petitioner has failed to make a substantial showing

of the denial of a constitutional right.  Accordingly, the court **DECLINES** to issue a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

DONE this 20th day of June, 2014.

                                         *Abdul Kallon*
                                         **ABDUL K. KALLON**
                                         UNITED STATES DISTRICT JUDGE